## A00A1778. LANE v. THE STATE.
(561 SE2d 215)

ANDREWS, Presiding Judge.

The decision of the Court of Appeals in this case was reversed by the Supreme Court in *Lane v. State*, 274 Ga. 751 (559 SE2d 455) (2002). Accordingly, our decision in *Lane v. State*, 248 Ga. App. 470 (545 SE2d 665) (2001), is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is reversed.

*Judgment reversed. Ruffin and Ellington, JJ., concur.*

DECIDED FEBRUARY 28, 2002.

*Jacqueline J. Herring*, for appellant.

*Paul L. Howard, Jr., District Attorney, Christopher M. Quinn, Assistant District Attorney*, for appellee.